UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAGOBERTO ALBARRACIN,

        Petitioner,

v.

KEVIN RAYCRAFT et al.,

        Respondents.
_____/

Case No. 1:26-cv-32

Honorable Jane M. Beckering

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 5, 2026

/s/ Jane M. Beckering
Jane M. Beckering
United States District Judge